

**FILED**

OCT 0 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. |
|          Plaintiff,                ) | (1:06-MG-246 LJO) |
|     v.                             ) | |
| LUCKY BOISSIERE,                   ) | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANTS ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING, AND ORDER SETTING HEARING |
|          Defendant.                ) | |

   Upon application of the United States Government for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

   IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

   IT IS FURTHER ORDERED that the hearing on the government's motion be set for ____ _____, 2006 at _____ _.m.

Dated: October __6__, 2006

_____
Honorable

2